UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| RODERICK GUNN, | : | |
| Petitioner, | : | 03cr1277 |
| | | 16cv4887 |
| -against- | : | |
| | | ORDER |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM H. PAULEY III, Senior United States District Judge:

        The Government is to reply to Petitioner's letter, (03cr1277, ECF No. 86), by September 28, 2020. A copy of this order is being mailed by Chambers staff to Petitioner.

Dated: August 27, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.