UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
: 
UNITED STATES OF AMERICA,               :      **ORDER**
:
   -against-                                     :      06 Cr. 911 (AKH)
:      16 Civ. 4887 (AKH)
RODERICK GUNN,                                :
:
                            Defendant.      :
:
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On April 29, 2021, Defendant Roderick Gunn filed a Motion to Place Case on Docket for Review. *See* ECF 334. That motion—which is still pending—seeks habeas relief from Defendant's convictions on Count Six (Using and Carrying a Firearm in Relation to a Crime of Violence under 18 U.S.C. 924(c)) and Count Seven (Aiding and Abetting Murder under 18 U.S.C. 924(j)).

        The Government shall reply to Defendant's motion, addressing whether Defendant has complied with applicable procedural requirements, as well as the effect of *United States v. Davis*, 139 S. Ct. 2319 (2019) and *United States v. Taylor*, 142 S.Ct. 2015 (2022) on Defendant's sentences. The Government's filing is due by July 22, 2022. The Defendant may file a supplement to his motion, also by July 22, 2022.

        Finally, the Federal Defenders shall file a representation as to whether they still represent Defendant in connection with his habeas proceedings by July 8, 2022. The Clerk shall mail a copy of this order to the Defendant.

        SO ORDERED.

Dated:    June 30, 2022                               /s/ Alvin K. Hellerstein__
             New York, New York               ALVIN K. HELLERSTEIN
                                                                    United States District Judge